UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
STEVEN EDWARDS,

                    Plaintiff,                    **MEMORANDUM AND ORDER**

    - v -

                                                   CV-08-1053 (RJD)(VVP)

COLUMBIA BOOKS, INC.,

                      Defendant.
-------------------------------------------------------------x

       The plaintiff's counsel, Alexander Perchekly, Esq., previously moved to withdraw from further representation and his motion was granted, conditionally, provided he appeared for oral argument on the pending motion made by the defendant. Having fulfilled that condition by his appearance at the oral argument today, Alexander Perchekly, Esq. is now relieved as counsel for the plaintiff.

       The plaintiff is hereby afforded 60 days within which to obtain substitute counsel who must enter a notice of appearance in the court in which this matter is pending.[1] If the plaintiff wishes to proceed pro se, he must so advise the court and provide his address and such other contact information as the court may require.

       Alexander Perchekly, Esq. shall serve a copy of this Memorandum and Order on the plaintiff by regular mail and file a certification of service in the record. In addition, Mr. Perchekly is to insure that the plaintiff is provided with necessary details concerning the date and location of any appearance that may be scheduled by the transferee court following entry of the anticipated transfer order.

                                                     SO ORDERED:

                                                     *Viktor V. Pohorelsky*

                                                     VIKTOR V. POHORELSKY
                                                   United States Magistrate Judge

Dated: Brooklyn, New York
         April 16, 2009

---

[1] Judge Dearie announced his intention today to enter an order transferring this case to the District of Maryland.